IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



FILED

AUG 0 8 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 11-30066-GPM |
| vs. ) | |
| ) | |
| JUSTIN CAHILL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. On June 21, 2010, Lisa Williams was hired as a temporary employee at Mallinckrodt Chemical company in St. Louis, Missouri to work on a line producing oxycodone. Williams took approximately 500 grams of oxycodone from Mallinckrodt. Williams gave the oxycodone to Ronald Little, through a third party. Ronald Little agreed to sell the oxycodone and to share the proceeds with Lisa Williams.

2. Ronald Little contacted the Defendant, Justin Cahill, and asked him to find buyers for the oxycodone, which they sold to buyers as "synthetic heroin." In exchange for locating buyers, Ronald Little shared the proceeds of sales with the Defendant and gave the Defendant some of the oxycodone.

3. On October 25, 2010, a confidential informant working with the Drug Enforcement Administration arranged to purchase 5 ounces of "heroin" from Little and the Defendant for $7,000. The informant met with the Defendant, who drove the informant to Little's home in St. Clair County and within the Southern District of Illinois. During the ride to Little's home, the Defendant

explained to the informant that Little had "synthetic heroin" for sale, which had been stolen from a plant in St. Louis.

4. DEA Agents followed the Defendant and the informant to Little's home and watched the informant go inside. Through overhear equipment, Agents heard the informant discussing the proposed transaction with Cahill and the Defendant. Agents received consent to search the Little's home and recovered approximately 250 grams of a white powder and a scale. The white powder was sent to the DEA North Central Laboratory, where it tested positive for oxycodone hydrochloride, with a total net weight of 168.5 grams.

5. The Defendant was arrested, and in a post-arrest interview, the Defendant admitted that he had agreed to locate buyers for Ronald Little in exchange for a share of the proceeds of sales and for some of the oxycodone, which he used.

### So Stipulated

_____
JUSTIN CAHILL
Defendant

_____
EUGENE O. HOWARD
Attorney for Defendant

Date: 8/8/2011

STEPHEN R. WIGGINTON
United States Attorney

_____
DONALD S. BOYCE
Assistant United States Attorney

Date: 8/8/11